**Opinion issued April 26, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00122-CV

———————————

### IN RE DCP MIDSTREAM, LP, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### DISSENTING MEMORANDUM OPINION

In my opinion, intervenors showed only that they were proper parties—a joinder issue under Rule of Civil Procedure 40—and not that they "could have brought any part of [the plaintiffs'] claim[s];" consequently, the trial court abused its discretion when it denied the motion to strike the intervention because the intervenors failed to satisfy Rule of Civil Procedure 60's "paramount" requirement of a justiciable interest. *See In re Union Carbide Corp.*, 273 S.W.3d 152, 155 (Tex.

2008) ("To constitute a justiciable interest, '[t]he intervenor's interest must be such that if the original action had never been commenced, and he had first brought it as the sole plaintiff, he would have been entitled to recover in his own name to the extent at least of a part of the relief sought' in the original suit.") (quoting *King v. Olds*, 12 S.W. 65, 65 (Tex. 1888)). Because this is error for which relator does not have an adequate remedy by appeal, I respectfully dissent. *See id.* at 156−57.

Harvey Brown
Justice

Panel consists of Chief Justice Radack and Justices Higley and Brown.

Justice Brown, dissenting.